**MEMO ENDORSED**

# LAW OFFICES OF EDMOND C. CHAKMAKIAN, P.C.

ATTORNEYS AT LAW
200 MOTOR PARKWAY, SUITE A3
HAUPPAUGE, NEW YORK 11788
TELEPHONE: (631) 232-6600
FACSIMILE: (631) 232-1432
EMAIL: ECHAK@CHAKLAW.COM

New York City Office:
(By Appointment Only)
330 East 38th Street
New York, NY 10016

East Hampton Office:
(By Appointment Only)
84a Park Place
East Hampton, NY 11937

November 15, 2022

VIA ECF

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
Westchester, New York 10601

Re: Michael J. Bradley and Yvadne Bradley v. Markel Service, Inc., et al.
Docket No.: 7:22-cv-08928

Dear Judge Karas:

This office represents Plaintiffs, Michael J. Bradley and Yvadne Bradley with regard to the above-referenced action.

Yesterday we uploaded correspondence under docket number 7:22-cv-07832. Please be advised that same was done so in error and generated as a result of miscommunication between the parties.

As discussed at the telephonic Court conference on November 10, 2022, Plaintiffs write pursuant to Federal Rule 41 to discontinue the action, with prejudice and without costs, as against RSG Specialty, LLC f/k/a RT Specialty, LLC wrongfully sued herein as "R-T Specialty/Lovullo Associates, Inc." and as against LSL-REX, Inc. f/k/a LoVullo Associates, Inc.

We thank the Court for its attention to this matter. Should you have any questions or concerns, please contact the understanding at the telephone number above.

The Parties noted herein are dismissed
from this Action with prejudice.

So Ordered.

*[signature]*

11/15/22

Respectfully submitted,

THE LAW OFFICES OF
EDMOND C. CHAKMAKIAN, P.C.

*[signature]*

Edmond C. Chakmakian

ECC/nls
cc:
All Counsel of Record via ECF